ACCEPTED
04-14-00626-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/26/2015 3:56:17 PM
KEITH HOTTLE
CLERK

NO. 04-14-00626-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/26/2015 3:56:17 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| ALVIN VALADEZ, JR., Appellant | § | COURT OF APPEALS |
| vs. | § | FOURTH COURT |
| THE STATE OF TEXAS, Appellee | § | SAN ANTONIO, TEXAS |

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLANT'S BRFIEF

TO THE HONORABLE COURT OF APPEALS:

Now comes, Alvin Valadez, Jr., appellant in the instant cause, by and through his undersigned counsel, Edward F. Shaughnessy, and files this Appellant's Motion for Extension of Time to File Appellant's Brief. In support of the instant motion the Appellant would show unto this Court the following:

### A.

The Appellant is appealing the judgment of the 25th District Court of Guadalupe County Texas wherein he was convicted, following a jury trial, of the offense of Possession of a Controlled Substance. The Appellant was sentenced to Life in confinement in the Institutional Division of the Texas

Department of Criminal Justice. Notice of Appeal was filed in a timely fashion in the trial Court.

### B.

The undersigned was retained to represent the appellant in the instant matter. The record from the trial Court has been timely submitted to this Court. This is the appellant's second request for an extension of time to file the appellant's brief. The appellant's brief was due to be filed in this Court on January 21, 2015.

### C

The undersigned has recently had a water pipe burst at his home therefore requiring him to spend a great deal of time out of the office dealing with insurance adjusters and contractors in order to remedy the issues relating to the water damage to his home.

### D.

The appellant respectfully requests an extension of time of thirty days until February 20, 2015 in which to file the appellant's brief.

### E.

The undersigned has recently filed briefs in the following matters: Ruben Andres Baldez v. The State of Texas, Cause No. 13-14-00257-CR;

Israel Ytuarte Rodriguez v. The State of Texas, Cause No. PD-0278-14; Dustin Charles Wilmer v. The State of Texas, Cause No. 07-14-00266-CR.

E.

The undersigned is also in the process of compiling a brief on behalf of the appellee in the case of Edgar Javier Gonzales v. The State of Texas, Cause No. 04-14-00100-CR. Moreover the undersigned is in the process of filing briefs on behalf of the appellant in the case of Jeffrey Lee v. The State of Texas 04-14-00256-CR. Lastly, the undersigned is in the process of filing a Petition for Discretionary Review on behalf of the appellant in the case of James Garza v. The State of Texas, Cause No. PD-0045-15.

F.

In addition the undersigned serves as a part-time Criminal law Magistrate for the District Courts of Bexar County and as a Juvenile Referee for the Juvenile Courts of Bexar County. Counsel will be serving in those capacities during the upcoming days.

PRAYER FOR RELIEF

Wherefore premises considered, the Appellant would request a thirty day extension of time file the brief in the instant case until February 20, 2015.

Respectfully submitted,

/S/ Edward F. Shaughnessy

Edward F. Shaughnessy, III
Attorney for the Appellant
206 East Locust Street
San Antonio, Texas 78212
SBN: 18134500
Phone: (210) 212-6700
Fax: (210) 212-2178
Shaughnessy727@gmail.com

## CERTIFICATE OF SERVICE

I, Edward F. Shaughnessy, hereby certify that a copy of the instant motion was served upon Heather McMinn, attorney for the appellee, by mailing the motion to 211 W. Court, Suite 260, Seguin, Texas 78115, on the _26_ day of February, 2015.

/S/ Edward F. Shaughnessy

Edward F. Shaughnessy, III
Attorney for the Appellant